**Order entered December 17, 2015**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00735-CR
No. 05-15-00748-CR
No. 05-15-00749-CR

## VANESA AGUILAR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51857-K, F13-51858-K, F13-51859-K**

## ORDER

The Court **GRANTS** court reporter Karren K. Jones's motion for extension of time to file a supplemental reporter's record.

We **ORDER** Ms. Jones to file the supplemental reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE